AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

v.

SAPARK ENTERPRISES, L.L.C. d/b/a
RAMADA INN PASADENA

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: H-04-3706

TO:(Name and Address of Defendant)
SAPARK ENTERPRISES, L.L.C. d/b/a
RAMADA INN PASADENA
c/o Sat Parkash Sanger, Registered Agent
2349 Hill-N-Dale
Irving, Texas 75038

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY(name and address)

PLAINTIFF'S ATTORNEY(name and address)
Kathy Boutchee
EEOC-Houston District Office
1919 Smith Street, 7th floor
Houston, Texas 77002

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY

_____          SEP 3 2004
CLERK                            DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date OCTOBER 12 2004 6:00 PM |
| NAME OF SERVER  PAUL FREEMAN | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

[ ] Served personally upon the defendant. Place where served:_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:_____
[ ] Returned unexecuted:_____

[X] Other (specify): SA-PARK ENTERPRISES LLC By Delivering To SAT PARKASH SANGHA, Registered Agent, AT 2349 HILL-N-DALE IRVING TX 75038

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCT 12 2004           Paul Freeman
         Date                      Signature of Server

**PAUL FREEMAN'S PROCESS**
**2509 TOLOSA**
**DALLAS, TEXAS 75228**

Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.